| | |
|---|---|
| 1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| | MICHAEL F. HEALY (SBN 095098) |
| 2 | CHRISTOPHER A. NEDEAU (SBN 081297) |
| | MATTHEW C. LOVELL (SBN 189728) |
| 3 | One Market Plaza |
| | Steuart Tower, 8th Floor |
| 4 | San Francisco, CA  94105 |
| | Telephone:     (415) 781-7900 |
| 5 | Facsimile:      (415) 781-2635 |
| | michael.healy@sdma.com |
| 6 | christopher.nedeau@sdma.com |
| | matthew.lovell@sdma.com |
| 7 | |
| 8 | WILLENKEN, WILSON, LOH & LIEB, LLP |
| | PAUL J. LOH (SBN 160541) |
| 9 | NHAN T. VU (SBN 189508) |
| | JASON H. WILSON (SBN 140269) |
| 10 | 707 Wilshire Boulevard, Suite 3850 |
| | Los Angeles, CA  90017 |
| 11 | Telephone:     (213) 955-9240 |
| | Facsimile:      (213) 955-9250 |
| 12 | paulloh@willenken.com |
| | nhanvu@willenken.com |
| 13 | jasonwilson@willenken.com |
| 14 | Attorneys for AU OPTRONICS CORPORATION AMERICA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL DIGITAL CORPORATION, on behalf of itself and all others similarly situated, | CASE NO. C-07-0452-MJJ |
| | MDL 1827 In Re TFT-LCD (Flat Panel) Antitrust Litigation (Pending) |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| LG PHILIPS LCD CO., LTD., ET AL., | |
| Defendants. | |

WHEREAS plaintiff filed a complaint in the above-captioned case on January 23, 2007;

WHEREAS plaintiff alleges antitrust violations by manufacturers of Liquid Crystal Display ("LCD") products;

WHEREAS more than 10 complaints have been filed to date in federal district courts throughout the United States by plaintiffs purporting to bring class actions on behalf of direct

1  purchasers alleging antitrust violations by manufacturers of LCD products (collectively, "the LCD
2  Cases");
3      WHEREAS there is a motion pending before the Judicial Panel on Multidistrict Litigation
4  to transfer the LCD Cases to the Northern District of California for coordinated or consolidated
5  pretrial proceedings pursuant to 28 U.S.C. § 1407;
6      WHEREAS plaintiff anticipates the possibility of Consolidated Amended Complaints in
7  the LCD Cases;
8      WHEREAS plaintiff and defendant AU Optronics Corporation America ("AUO
9  America") have agreed that an orderly schedule for any response to the pleadings in the LCD
10 Cases would be more efficient for the parties and for the Court;
11     WHEREAS plaintiff agrees that the deadline for AUO America to respond to the
12 Complaint shall be extended until the earlier of the following dates: (1) 45 days after the filing of
13 a Consolidated Amended Complaint in the LCD Cases; or (2) 45 days after plaintiff provides
14 written notice to AUO America that it does not intend to file a Consolidated Amended Complaint,
15 provided that such notice may be given only after the initial case management conference in the
16 MDL transferee court in this case;
17     WHEREAS plaintiff further agrees that this extension is available, without further
18 stipulation with counsel for plaintiff, to all named defendants who notify plaintiff in writing of
19 their intention to join this extension;
20     WHEREAS this Stipulation does not constitute a waiver by AUO America or any
21 defendant of any defense, including but not limited to the defenses of lack of personal jurisdiction
22 or subject matter jurisdiction, insufficiency of service of process, or improper venue.
23     PLAINTIFF AND DEFENDANT AUO AMERICA, BY AND THOUGH THEIR
24 RESPECTIVE COUNSEL OF RECORD, STIPULATE AS FOLLOWS:
25     1.    The deadline for AUO America to respond to the Complaint shall be extended until
26 the earlier of the following dates: (1) 45 days after the filing of a Consolidated Amended
27 Complaint in the LCD Cases; or (2) 45 days after plaintiff provides written notice to AUO
28 America that it does not intend to file a Consolidated Amended Complaint, provided that such

1  notice may be given only after the initial case management conference in the MDL transferee
2  court in this case;

3      2.    This extension is available, without further stipulation with counsel for plaintiff or
4  further order of the Court, to all named defendants who notify plaintiff in writing of their intention
5  to join this extension; and

6      3.    This Stipulation does not constitute a waiver by AUO America or any defendant
7  that joins in this Stipulation, of any defense, including but not limited to the defenses of lack of
8  personal jurisdiction or subject matter jurisdiction, insufficiency of service of process, or improper
9  venue.

10     IT IS SO STIPULATED.

11 DATED: February 6, 2007    SEDGWICK, DETERT, MORAN & ARNOLD LLP

13     By:    /s/ Matthew C. Lovell
    Michael F. Healy
    Christopher A. Nedeau
14     Matthew C. Lovell
    Attorneys for Defendant
15     AU OPTRONICS CORPORATION AMERICA

17 DATED: February 6, 2007    GOLD, BENNETT CERA & SIDENER LLP

18     By:    /s/ Joseph M. Barton
    Joseph M. Barton
19     Paul F. Bennett
    Steven O. Sidener
20     Attorneys for Plaintiff
    OMNI CIRCUITS INTERNATIONAL, LLC.

22    PURSUANT TO STIPULATION, IT IS SO ORDERED:

23 DATED: February __12__, 2007

24     The Honorable Martin Jenkins.
    Judge of the United States District Court