| | |
|---|---|
| 1 | KENT M. ROGER, State Bar No. 95987 |
| | WILLIAM J. TAYLOR, State Bar No. 72902 |
| 2 | MORGAN, LEWIS & BOCKIUS LLP |
| | One Market, Spear Street Tower |
| 3 | San Francisco, CA 94105 |
| | Telephone: (415) 442-1000 |
| 4 | Facsimile: (415) 442-1001 |
| 5 | Attorneys for Defendants |
| | Hitachi America, Ltd. and Hitachi Electronic |
| 6 | Devices (USA), Inc |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| General Digital Corporation, individually and on behalf of all those similarly situated, | Case No. 07-0452 MJJ |
| Plaintiff, | **NOTICE OF JOINDER IN STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** ; ORDER |
| v. | Honorable Martin J. Jenkins |
| LG.Philips LCD Co. Ltd., et al., | |
| Defendants. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7494301.1

NOTICE OF JOINDER IN STIPULATION FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT
C-07-0452 MJJ

Dockets.Justia.com

1    PLEASE TAKE NOTICE that Defendants Hitachi America, Ltd. (hereinafter "HAL") and Hitachi Electronic Devices (USA), Inc. (hereinafter "HED-US") have, by written notice to Plaintiff in this action, joined in the Stipulation for Extension of Time between Plaintiff and defendant AU Optronics Corporation America dated and filed in this action on February 6, 2007 and currently awaiting approval by the Court (the "Stipulation").

Pursuant to the Stipulation, the deadline for HAL and HED-US to respond to Plaintiff's Complaint shall be extended until the earlier of the following two dates: (1) forty-five days after the filing of a Consolidated Amended Complaint in the LCD Cases; or (2) forty-five days after Plaintiff provides written notice to Defendants that it does not intend to file a Consolidated Amended Complaint, provided that such notice may be given only after the initial case management conference in the MDL transferee court in this case. The joinder in the Stipulation does not constitute a waiver by HAL and HED-US of any defense, including but not limited to the defenses of lack of personal or subject matter jurisdiction, insufficiency of process, insufficiency of service of process, or improper venue.

Dated: February 7, 2007

MORGAN, LEWIS & BOCKIUS LLP
KENT M. ROGER
WILLIAM J. TAYLOR

By:    /s/
       Kent M. Roger

Counsel for Defendants
Hitachi America, Ltd. and Hitachi Electronic Devices (USA), Inc

IT IS SO ORDERED:

Martin J. Jenkins
U.S. District Court