United States District Court
For the Northern District of California

1
2
3
4
5                IN THE UNITED STATES DISTRICT COURT

6             FOR THE NORTHERN DISTRICT OF CALIFORNIA

7
8    IN RE: TFT-LCD (FLAT PANEL) ANTITRUST          No. M 07-1827 SI
     LITIGATION
9    _____/              MDL. No. 1827

10        This Order Relates to:                    **ORDER ADMINISTRATIVELY CLOSING
                                                    CASES**
11           ALL CASES

12
13
                                                 /
14

15        Due to the filing of the consolidated complaints in this multi-district proceeding, the Court finds

16   it appropriate to administratively close the individual class action cases listed on the attachment to

17   counsel's November 2, 2009 letter.  The November 2, 2009 letter and attachment are attached to this

18   order.

19

20        **IT IS SO ORDERED.**

21

22   Dated: November 17, 2009

23                                               SUSAN ILLSTON
                                                 United States District Judge
24

25

26

27

28

<table>
<tr><td>

LAW OFFICES

PEARSON, SIMON, WARSHAW &
PENNY, LLP

44 MONTGOMERY STREET, SUITE 2450
SAN FRANCISCO, CALIFORNIA 94104
(415) 433-9000
FAX (415) 433-9008
PSWPLAW.COM

</td><td>

LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP

ATTORNEYS AT LAW

EMBARCADERO CENTER WEST
275 BATTERY STREET, 30TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3339
TELEPHONE: (415) 956-1000
FACSIMILE: (415) 956-1008
mail@lchb.com
www.lchb.com

</td></tr>
</table>

November 2, 2009

Honorable Susan Illston
U.S. Courthouse
450 Golden Gate Avenue
Courtroom 10, 19th Floor
San Francisco, CA 94102

   Re: *In re TFT-LCD (Flat Panel) Antitrust Litigation*
     Master File No. M07-1827 SI

Dear Judge Illston:

   On October 7, 2009, the Court conducted a telephone conference and instructed counsel to prepare a list of the individual class action cases that may be administratively closed due to the filing of the consolidated complaints in the above matter. In accordance with the Court's instructions, interim co-lead counsel for the direct and indirect purchaser plaintiffs, as well as liaison counsel for defendants, have conferred and compiled the attached list of class action cases for the Court to consider for administrative closure. Each of the cases is identified by party plaintiff and case number.

   If we can be of further assistance in this matter, please let us know.

        Very truly yours,

        PEARSON, SIMON, WARSHAW & PENNY, LLP

        JONATHAN M. WATKINS

JMW
Enclosure

806414.1

# Individual Class Action Complaints Alleging TFT-LCD Conspiracy

|    | Plaintiff(s) | | Case No. |
|----|--------------|---|----------|
| 1  | Advanced Technology Distributors | | 07-cv-00580 |
| 2  | Ajax Philadelphia, Inc. | | 07-cv-00287 |
| 3  | Art's TV and Appliance | | 07-cv-00393 |
| 4  | Aspen Building Technology, Inc. | | 07-cv-02995 |
| 5  | Audio Video Artistry | | 07-cv-02325 |
| 6  | Awakuni, Gail | Okita, John | 07-cv-03490 |
| 7  | Baker, Gladys | | 07-cv-02359 |
| 8  | Bart LLC | | 07-cv-01249 |
| 9  | Bates, Heidi | | 07-cv-03671 |
| 10 | Beall, Scott | | 07-cv-03069 |
| 11 | Benson, Tabatha | Brooks, Michael Chung, Brittany Solo, Joe | 07-cv-02892 |
| 12 | Bessette, Christopher | | 07-cv-02740 |
| 13 | Bierling, Ryan J. | | 07-cv-03075 |
| 14 | Blackwell, Lisa | | 07-cv-00706 |
| 15 | Bly, Rebecca | | 07-cv-03158 |
| 16 | Brock, Karen | | 06-cv-07679 |
| 17 | Burt, James | | 06-cv-07831 |
| 18 | Cabezas, Sara | | 07-cv-00084 |
| 19 | Chamberlain, Lee R. | | 07-cv-02956 |
| 20 | Cintron, Oscar | | 07-cv-02987 |
| 21 | CMP Consulting | | 06-cv-15417 |
| 22 | Community Business Bank | | 07-cv-00813 |
| 23 | Computer World Solution, Inc. | | 07-cv-00123 |
| 24 | Coyle, Peter | | 07-cv-2955 |
| 25 | Crago Corporation | | 06-cv-07644 |
| 26 | Custom Audio Video | | 07-cv-00963 |
| 27 | Dahm, Collette M. | | 07-cv-02932 |
| 28 | Davis, Kathleen C. | | 07-cv-03070 |
| 29 | Defrancisco, Mauricio | | 07-cv-05020 |
| 30 | DiMatteo, Tom | | 07-cv-03072 |
| 31 | Diplomat Merchandise Corp. | | 07-cv-00653 |
| 32 | Drew, Erin | | 07-cv-01368 |
| 33 | Eisler, Scott | | 07-cv-05019 |
| 34 | Elbaz, Jack | | 07-cv-02358 |
| 35 | Eliasoph, Judd | | 06-cv-07588 |
| 36 | Eliav, Michael | | 06-cv-07931 |
| 37 | EMW, Inc. | | 07-cv-02796 |
| 38 | Feins, Robin | Cirrone, Annie | 07-cv-05021 |
| 39 | Ferencsik, Chris | | 07-cv-04074 |

# Individual Class Action Complaints Alleging TFT-LCD Conspiracy

| | | | |
|---|---|---|---|
| 40 | Feser, Gail | | 07-cv-02357 |
| 41 | Figone, Jeffrey | | 07-cv-00042 |
| 42 | Fisher, William J. | | 07-cv-03367 |
| 43 | Flanagan, Donna Jeanne | | 07-cv-03068 |
| 44 | Fluorine On Call, Ltd. | | 07-cv-01344 |
| 45 | FME Architecture+Design | | 07-cv-01096 |
| 46 | Forlan, Amy | | 06-cv-07602 |
| 47 | Frybarger, Francis | | 07-cv-00967 |
| 48 | General Digital Corporation | | 07-cv-00452 |
| 49 | George, Robert | | 07-cv-02911 |
| 50 | Getz, R. Rez | | 07-cv-03066 |
| 51 | Giusti, Elenor | | 07-cv-03813 |
| 52 | Gober, Al | | 07-cv-02913 |
| 53 | Goodelman, Arthur | | 07-cv-01283 |
| 54 | Granich, Richard | | 07-cv-03081 |
| 55 | Gregory, Timothy R. | Walker, David | 07-cv-03670 |
| 56 | Griffith, Judith | | 07-cv-02933 |
| 57 | Hakim, Ari | | 07-cv-00304 |
| 58 | Hansen, Sarah | | 06-cv-07699 |
| 59 | Hansen, Chad | | 07-cv-02760 |
| 60 | Harmon, Robert S. | | 07-cv-02938 |
| 61 | Harrell, Roberta | | 06-cv-06190 |
| 62 | Hee, Jonathon | | 07-cv-00722 |
| 63 | Henderson, Will | | 06-cv-07609 |
| 64 | Ho, Byron | | 07-cv-00708 |
| 65 | Holtkamp, Lynne M. | | 07-cv-03366 |
| 66 | Humphrey, Miles H. | | 07-cv-02759 |
| 67 | Home Technologies Bellevue LLC | | 07-cv-00039 |
| 68 | IMCA | | 07-cv-05348 |
| 69 | Industrial Computing, Inc. | | 07-cv-00184 |
| 70 | Jafarian, Jeff | | 07-cv-00994 |
| 71 | Jou, Ling-Hung | | 07-cv-02934 |
| 72 | Juan, Jose | | 07-cv-03076 |
| 73 | Juetten, Michael | | 07-cv-00009 |
| 74 | Kelley, Allen | | 07-cv-03082 |
| 75 | Kerson, Robert | | 06-cv-07678 |
| 76 | Kornegay, Kaine | | 07-cv-01146 |
| 77 | Kovacevich, Joseph | | 07-cv-05372 |
| 78 | Larson, Jeffrey | | 07-cv-02914 |
| 79 | Lauricella, Timothy J. | | 07-cv-02953 |

## Individual Class Action Complaints Alleging TFT-LCD Conspiracy

| | | | |
|---|---|---|---|
| 80 | Lawrence | McCleary<br>Peck<br>Hutchison | 07-cv-04764 |
| 81 | Long, Tammy | | 07-cv-02916 |
| 82 | Magic Video | | 07-cv-01380 |
| 83 | Maites, Jamie | Troung, Stephanie | 06-cv-06542 |
| 84 | Markham, Richard A. | | 06-cv-06191 |
| 85 | Martel, Dr. Steven | | 06-cv-07888 |
| 86 | Martich, John | | 07-cv-03079 |
| 87 | Mays, George | | 07-cv-03084 |
| 88 | McKay, John | McKay Motors I, LLC | 07-cv-01348 |
| 89 | Minoli, Walden | Kittleson, John David | 07-cv-04969 |
| 90 | Mitt, Thomas P. | | 07-cv-02912 |
| 91 | Mulvey, Martha | | 07-cv-02937 |
| 92 | Murphy, Christopher | | 07-cv-02761 |
| 93 | Myers, Marshall | | 07-cv-01232 |
| 94 | Nakash, Steven | | 07-cv-03074 |
| 95 | Nash, Jo | | 06-cv-07601 |
| 96 | Nassiff, Allen | | 07-cv-03026 |
| 97 | Nathan Mucknick, Inc. | | 06-cv-06107 |
| 98 | Nehring, Karl J. | | 07-cv-03026 |
| 99 | Northway, Benjamin G. | | 07-cv-03024 |
| 100 | Omni Circuits International, LLC | | 07-cv-00258 |
| 101 | Omnis Computer Supplies | | 07-cv-01362 |
| 102 | Orion Home Systems LLC | | 07-cv-00045 |
| 103 | Paguirigan, Jai | Pafuirigan, Amy | 07-cv-03216 |
| 104 | Pellitteri, Carman | Pellitteri, Jeannie | 07-cv-04932 |
| 105 | Perry, Tara | | 07-cv-03254 |
| 106 | Phelps Technologies | | 07-cv-01231 |
| 107 | Piscitello, Joseph | | 07-cv-02466 |
| 108 | Pulasky, John | | 07-cv-04934 |
| 109 | Purdy, Timothy | | 07-cv-03080 |
| 110 | Ralik, Elena | | 07-cv-01272 |
| 111 | Ronco, Patricia | | 07-cv-03078 |
| 112 | Rowlette, Candace | Ayers, Michael F. | 07-cv-00039 |
| 113 | Royal Data Services | | 06-cv-07693 |
| 114 | Rozo, Frederick | | 07-cv-01046 |
| 115 | Rywelski, Christopher C. | | 07-cv-02935 |
| 116 | Saia, Cynthia | Korwan, Geoffrey T.<br>Chapman, Tina<br>Edwards, Jeannette<br>Powelson, Gayle L. | 07-cv-00457 |

## Individual Class Action Complaints Alleging TFT-LCD Conspiracy

| | | | |
|---|---|---|---|
| 117 | Salem, Isaac | | 07-cv-01364 |
| 118 | Scott, Ann | Ann L. Scott & Co. | 07-cv-01822 |
| 119 | Selfridge, Susan | Corlett, Amiee | 07-cv-02915 |
| 120 | Sloan, Gregory | | 07-cv-04970 |
| 121 | Sorokin, Arthur | | 06-cv-07600 |
| 122 | Srimoungchanh, Kou | | 07-cv-02954 |
| 123 | Stack, William E. | Williams, Dena | 07-cv-05296 |
| 124 | Stern, Shawn | | 07-cv-03128 |
| 125 | Stromberg, Karen | | 07-cv-01842 |
| 126 | Sweatman, Lynn | | 07-cv-04933 |
| 127 | Truong, Henry | | 06-cv-07639 |
| 128 | Troung, Stephanie | | 06-cv-07640 |
| 129 | Univisions-Crimson Holding Inc. | Central New York Univision Video Systems Inc. Crimson Tech Inc. | 07-cv-01666 |
| 130 | Valdez, Rosemary | | 07-cv-03210 |
| 131 | Waki, Fred | | 07-cv-03787 |
| 132 | Walters, Jeffrey L. | | 07-cv-02891 |
| 133 | Watson, James T. | | 07-cv-03067 |
| 134 | Watson, Robert Schuylar | | 07-cv-03073 |
| 135 | Weingarten, Marcia | | 07-cv-04931 |
| 136 | Williams, Wendy | | 07-cv-03129 |
| 137 | Wojnowski, Michele | | 07-cv-01184 |
| 138 | Wong, Albert | | 07-cv-00889 |
| 139 | WOW LLC | Cerda, Gina Wolf, Jean-Marie Ponce, Carlos Piper, Patrick Gornick, Gary Juskiewicz, Karol Decoite, Edward Candido, John Lewis, Anne Carmignani, Don Adami, Terry Kavouniaris, Saki Klare, Linda Mitchell, Thomas | 07-cv-01339 |